Case 2:22-cv-00050 Document 20 Filed on 07/29/22 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 01, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DANA WAHLQUIST, | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. 2:22-CV-00050 |
| MCCONNELL UNIT, | § § § | |
| Defendant. | § § | |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Julie Hampton's Memorandum and Recommendation ("M&R"). (D.E. 18). The M&R recommends that the Court **dismiss without prejudice** Plaintiff's amended complaint (D.E. 17) pursuant to Federal Rule of Civil Procedure 41(b). (D.E. 18).

Plaintiff timely filed what appears as, and what the Court liberally construes as, objections to the M&R. (D.E. 19). When a party objects to the findings and recommendations of a magistrate judge, the district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C); *see also* FED. R. CIV. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to.").

Having carefully reviewed the proposed findings and conclusions of the M&R, the record, the applicable law, and having made a de novo disposition of the portions of the M&R to which Plaintiff's objections were directed, 28 U.S.C. § 636(b)(1), the Court **OVERRULES** Plaintiff's objections. (D.E. 19). Accordingly:

(1) The Court **ADOPTS** the M&R in its entirety. (D.E. 18).

(2) Plaintiff's case is **DISMISSED without prejudice** pursuant to Rule 41(b) for failure to

comply with court orders. *See* FED. R. CIV. P. 41(b).

(3) The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
      July 29, 2022